"B"

# MIN SUMMARY

**Summary**

1001358-1311002595-6
1333 LAURA LANE
AUSTELL, GA 30168

Transfer to Non-MERS Status
MOM
First Lien

| | | | |
|---|---|---|---|
| Reg Date | 04/26/2004 | | |
| County | Cobb | Owner Occupied | N/A |
| Primary Borrower | DAVIS, LASHUNDA | SSN | XXX-XX-4152 |
| Note Amount | $136,918.00 | Note Date | 04/22/2004 |
| Pool Number | N/A | Investor Loan Number | N/A |
| Securitization | N/A | | |
| Servicer | 9999999 - Non-MERS Member | | |
| Custodian | N/A | | |
| Investor | 1000115 - CitiMortgage, Inc. | | |
| Subservicer | N/A | | |
| Interim Funder | N/A | | |
| Originating Organization | N/A | | |
| Property Preservation Co. | N/A | | |

**Pending Batches**

| Batch Number | Transfer Type | Status | Transfer Date | Sale Date |
|---|---|---|---|---|
| No Pending Batches! | | | | |

## MILESTONES for 1001358-1311002595-6



| Description | Date | Initiating Organization / User | Milestone Information |
|---|---|---|---|
| Transfer to Non-MERS Status | 10/17/2011 | 1000115 CitiMortgage, Inc.<br><br>Batch | MIN Status: Transfer to Non-MERS Status<br>New Servicer: 9999999 Non-MERS Member<br>Old Servicer: 1000115 CitiMortgage, Inc. |
| Transfer Beneficial Rights - Option 2 | 05/21/2010 | 1000115 CitiMortgage, Inc.<br><br>Batch | MIN Status: Active (Registered)<br>New Investor: 1000115 CitiMortgage, Inc.<br>Old Investor: 1000249 Guarantor - Ginnie Mae<br>Batch Number: 7302130<br>Transfer Date: 05/19/2010 |
| Transfer Seasoned Servicing Rights | 05/08/2005 | 1000115 CitiMortgage, Inc.<br><br>Batch | MIN Status: Active (Registered)<br>New Servicer: 1000115 CitiMortgage, Inc.<br>Old Servicer: 1000115 CitiMortgage, Inc.<br>Batch Number: 2324473<br>Sale Date: 05/01/2005<br>Transfer Date: 05/01/2005 |
| Transfer Beneficial Rights - Option 1 | 06/14/2004 | 1000249 Guarantor - Ginnie Mae<br><br>Batch | MIN Status: Active (Registered)<br>New Investor: 1000249 Guarantor - Ginnie Mae<br>Old Investor: 1000115 CitiMortgage, Inc.<br>Batch Number: 1620952<br>Transfer Date: 06/09/2004 |
| Release Interim Funder Interests | 06/14/2004 | 1000249 Guarantor - Ginnie Mae<br><br>Batch | MIN Status: Active (Registered)<br>Old Interim Funder: 1000373 FDIC as Receiver for Colonial Bank, effective 8/14/09<br>Batch Number: 1620952<br>Transfer Date: 06/09/2004 |
| Transfer of Flow TOS/TOB Servicing Rights | 06/01/2004 | 1001358 Orchid Island TRS, LLC<br><br>Barbara Cogura | MIN Status: Active (Registered)<br>New Investor: 1000115 CitiMortgage, Inc.<br>Old Investor: 1001358 Orchid Island TRS, LLC<br>Batch Number: 1593057<br>Transfer Date: 05/28/2004 |
| Transfer of Flow TOS/TOB Servicing Rights | 06/01/2004 | 1001358 Orchid Island TRS, LLC<br><br>Barbara Cogura | MIN Status: Active (Registered)<br>New Servicer: 1000115 CitiMortgage, Inc.<br>Old Servicer: 1001358 Orchid Island TRS, LLC<br>Batch Number: 1593057<br>Sale Date: 05/28/2004<br>Transfer Date: 05/28/2004 |
| Registration | 04/26/2004 | 1001358 Orchid Island TRS, LLC<br>Batch | MIN Status: Active (Registered)<br>Servicer: 1001358 Orchid Island TRS, LLC |

CMI/DAVIS00116

CMI/DAVIS00117