# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| LASHUNDA DAVIS-BURTON,  )<br> )<br>Plaintiff,  )<br> )<br>v.  )<br> )<br>CITIMORTGAGE, INC. and MORTGAGE,  )<br>ELECTRONIC REGISTRATION  )<br>SYSTEMS, INC.,  )<br> )<br>Defendants.  ) | Civil Action No. 1:11-CV-3164 |

## JOINT VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff LaShunda Davis-Burton hereby voluntarily dismisses the above-captioned Action with prejudice, each party to bear its own attorney's fees. Plaintiff further consents to Defendant filing this Dismissal With Prejudice on behalf of both parties. Defendant consents to this voluntarily dismissal with prejudice through undersigned counsel.

[SIGNATURE PAGE TO FOLLOW]

Dated this 29th day of October, 2012.

| | |
|---|---|
| */s/ LaShunda Davis-Burton* | */s/ Christopher J. Willis* |
| (*w/ express permission*) | Christopher J. Willis |
| LaShunda Davis-Burton, *pro se* | Stefanie H. Jackman |
| *Plaintiff* | *Counsel for Defendant* |
| P.O. Box 1281 | BALLARD SPAHR LLP |
| Austell, Georgia 30168 | 999 Peachtree Street, Suite 1000 |
| Telephone: 770.280.5724 | Atlanta, GA 30309 |
| | Telephone: 678.420.9300 |
| | Facsimile: 678.420.9301 |

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day, I served a copy of JOINT VOLUNTARY DISMISSAL WITH PREJUDICE with the Clerk of Court using the CM/ECF system and served it upon the following parties by U.S. Mail, postage prepaid:

    Lashunda Davis-Burton, *pro se*
    P.O. Box 1281
    Austell, Georgia 30168

Date: October 29, 2012

/s/ Christopher J. Willis
Christopher J. Willis
Georgia Bar No. 766297

*Counsel for Defendants
CitiMortgage, Inc. and Mortgage
Electronic Registration
Systems, Inc.*